JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ASANCHE GEORGE,

                Petitioner,

      v.

DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATIONS AND
CUSTOMS ENFORCEMENT, *et al.*,

                Respondents.

Case No. 5:26-cv-03382-FLA (PD)

**JUDGMENT**

Pursuant to the Order Granting Petitioner Asanche George's ("Petitioner," A# 213-190-172) Unopposed *Habeas* Petition and Denying Motion for Temporary Restraining Order as Moot (Dkt. 9), the court GRANTS the Petition for Writ of Habeas Corpus (Dkt. 1) and ENTERS Judgment in Petitioner's favor.

    IT IS SO ORDERED and ADJUDGED.

Dated: July 2, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1